# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | Case No. 2:18-cv-13872-CCC-JBC |
| Plaintiff | |
| v. | **ORDER GRANTING THE PLAINTIFF'S MOTION FOR THE ENTRY OF DEFAULT JUDGMENT (AS TO BOTH DEFENDANTS)** |
| **ROYAL N, INC. d/b/a The Court House Inn a/k/a The Patio Bar; and Yesica Mendez a/k/a Jessica Mendez** | |
| Defendants | |

Default having been entered in this action on or about February 24, 2019 against Defendants ROYAL N, INC. d/b/a The Court House Inn a/k/a The Patio Bar and Yesica Mendez a/k/a Jessica Mendez (hereinafter "Defendants") and the Plaintiff's Motion for the Entry of Default Judgment (as to Both Defendants) and documentation in support thereof having been filed on or about March 8, 2019, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been satisfied, now therefore

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of J & J Sports Productions, Inc. for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $5,400.00 and $15,000, respectively.

**IT IS FURTHER ORDERED** that Plaintiff may submit its request for costs and reasonable attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) within 30 days of the entry of Judgment herein.

June 18, 2019

_____
Honorable Claire C. Cecchi, U.S.D.J.